UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR08-082-RSL |
| Plaintiff, | ) | |
| v. | ) | DETENTION ORDER |
| JOSE MORALES-VICTORIA, | ) | |
| Defendant. | ) | |

<u>Offense charged</u>:   Conspiracy to Distribute Cocaine and Crack Cocaine; Forfeiture Allegation

<u>Date of Detention Hearing</u>:   March 25, 2008

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

1.   Defendant has been charged with a drug offense the maximum penalty of which

01 is in excess of ten years. There is therefore a rebuttable presumption against defendant as to both
02 dangerousness and flight risk, under 18 U.S.C. §3142(e).
03     2.    Defendant is believed to be a citizen of Mexico, who is alleged to be in the United
04 States illegally. An immigration detainer has been filed.
05     3.    Defendant does not contest detention.
06     4.    Taken as a whole, the record does not effectively rebut the presumption that no
07 condition or combination of conditions will reasonably assure the appearance of the defendant as
08 required and the safety of the community.
09 It is therefore ORDERED:
10     (1)    Defendant shall be detained pending trial and committed to the custody of the
11 Attorney General for confinement in a correction facility separate, to the extent
12 practicable, from persons awaiting or serving sentences or being held in custody
13 pending appeal;
14     (2)    Defendant shall be afforded reasonable opportunity for private consultation with
15 counsel;
16     (3)    On order of a court of the United States or on request of an attorney for the
17 Government, the person in charge of the corrections facility in which defendant is
18 confined shall deliver the defendant to a United States Marshal for the purpose of
19 an appearance in connection with a court proceeding; and
20     (4)    The clerk shall direct copies of this Order to counsel for the United States, to
21 counsel for the defendant, to the United States Marshal, and to the United States
22

DETENTION ORDER    15.13
18 U.S.C. § 3142(i)    Rev. 1/91
PAGE 2

01          Pretrial Services Officer.

02      DATED this 25th day of March, 2008.

                              _____
                              Mary Alice Theiler
                              United States Magistrate Judge

DETENTION ORDER                                              15.13
18 U.S.C. § 3142(i)                                     Rev. 1/91
PAGE 3